IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SOCIETY OF GENERAL INTERNAL MEDICINE & NORTH AMERICAN PRIMARY CARE RESEARCH GROUP.,
     *Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., et al.,
     *Defendants*.

Case No. 8:25-cv-2751-BAH

# INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

| Exhibit Number | Description |
| --- | --- |
| 1 | Declaration of John Doe #1 |
| 2 | Declaration of John Doe #2 |
| 3 | Declaration of Eric Bass (Society of General Internal Medicine) <br>     Ex. A – AHRQ Website Study Section Schedule, Internet Archive Capture <br>     Ex. B – AHRQ Website Study Section Schedule, as of August 18, 2025 |
| 4 | Declaration of Alan Katz (North American Primary Care Research Group) |
| 5 | Declaration of Amal N. Trivedi <br>     Ex. A – Correspondence with D. Francis Chesley, Jr. |
| 6 | Declaration of Jeffrey Schnipper |
| 7 | Declaration of Hector P. Rodriguez |
| 8 | Declaration of Lucy Schulson |
| 9 | Declaration of Trygve Dolber |

| 10 | Declaration of Jeffrey A. Linder |
| 11 | Declaration of Shari Bolen |