# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SOCIETY OF GENERAL INTERNAL
MEDICINE & NORTH AMERICAN
PRIMARY CARE RESEARCH
GROUP, et al.,
    *Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., et al.,
    *Defendants*.

Case No.

**DECLARATION OF SHARI BOLEN**

I, Shari Bolen, MD, MPH declare as follows:

    1.    This declaration is based on my personal knowledge, information, and belief.

    2.    I am a general internal medicine physician and physician researcher focused on improving the quality of health care that people receive in primary care. I am a Professor in the Department of Medicine at MetroHealth Medical Center and Case Western Reserve University. I submit this declaration in my personal capacity and not as a representative of my institution.

    3.    I am a member of the Society of General Internal Medicine.

    4.    I submitted an application for cooperative agreement funding to the Agency for Healthcare Research and Quality (AHRQ) in January 2025. The application was in response to AHRQ's call for applications to establish and support state-based Healthcare Extension Cooperatives.

    5.    Ohio has one of the highest rates of selected behavioral health conditions in the nation, and has rising rates of depression, suicide, and deaths related to alcohol and drugs. We proposed establishing a statewide Cooperative called the Healthy Ohio Partnership Extension

1

Services (HOPES) to support primary care practices in advancing behavioral health using quality improvement, community engagement and workforce development. To do this, the investigators would work with primary care teams, patients, families, payers, public health and other partners to establish the Cooperative and codesign a behavioral health intervention that clinics in Ohio could use with partners to reduce depression, suicide, unhealthy alcohol use and unhealthy drug use for those at highest risk.

6. I have checked the status of my application on eRA Commons, a grants management platform managed by the National Institutes of Health. As of the date of this declaration, eRA Commons indicates that my application is "pending IRG," which means that it is pending peer review. However, on May 6, 2025, I received an email from AHRQ stating that "AHRQ is not moving forward with peer review and funding consideration" and that "there are no current plans at this time to reissue the funding announcement." I have not received any further communication from AHRQ about my application, as I would expect if my proposal had in fact been evaluated by the study section.

7. Given the need to engage multiple partners across the state (6 subcontracts and over 35 letters of support), our core team and partners put in over 2500 hours of work (estimated conservatively over $250,000 in lost time) over 3–4 months to develop, write and submit the proposal. This is time that could have been spent submitting a different grant proposal or completing other work.

8. More importantly, we have lost the ability to establish a statewide Cooperative that would have used evidence-based strategies across the state to improve behavioral health overall and especially in rural areas. Given Ohio's increased suicide rates, drug use, alcohol use, and depression, this lost opportunity to improve the lives of Ohioans is disappointing.

Executed on August 20, 2025 in Cleveland, Ohio.

I declare under penalty of perjury that the foregoing is true and correct.

_Shari Bolen_
Shari Bolen, MD, MPH

3