UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SOCIETY OF GENERAL INTERNAL
MEDICINE & NORTH AMERICAN
PRIMARY CARE RESEARCH
GROUP,
        *Plaintiffs*,

        v.

ROBERT F. KENNEDY, JR., et al.,
        *Defendants*.

Case No. 8:25-cv-2751-BAH

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' motion for a preliminary injunction and accompanying memorandum of law, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendants are **ENJOINED** to restart the review of Agency for Healthcare Research and Quality (AHRQ) grant applications and the award of grants using AHRQ's appropriated funds; and

It is further **ORDERED** that Defendants are **ENJOINED** to make available for obligation all funds that were appropriated to AHRQ for grantmaking in fiscal year 2025; and

It is further **ORDERED** that the deadline for AHRQ to obligate funds for grants in the Full-Year Continuing Appropriations Act, Pub. L. No. 119-4, *id.* § 1106, shall be extended and those funds shall be available for obligation throughout the pendency of this litigation.

**SO ORDERED.**

Date: August __, 2025

                                                                       U.S. District Judge