UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SOCIETY OF GENERAL INTERNAL
MEDICINE & NORTH AMERICAN
PRIMARY CARE RESEARCH
GROUP,
      *Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., et al.,
      *Defendants*.

Case No. 8:25-cv-2751-BAH

### ORDER

Upon consideration of Plaintiffs' unopposed motion to extend the obligation deadline for the Agency for Healthcare Research and Quality's fiscal year 2025 appropriation and the record in this case, it is hereby

**ORDERED** that the deadline for AHRQ to obligate funds provided in the Full-Year Continuing Appropriations Act, Pub. L. No. 119-4, *id.* § 1106, shall be extended to December 31, 2025.

**SO ORDERED.**

Date: September 19, 2025

/s/ Brendan A. Hurson
U.S. District Judge