**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| SOCIETY OF GENERAL INTERNAL MEDICINE, ET AL., | * | |
| Plaintiffs, | * | |
| v. | * | |
| | * | Civil No. 25-2751-BAH |
| ROBERT F. KENNEDY, JR., ET AL., | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>ORDER</u>**

Upon consideration of Defendants' emergency motion, ECF 23, to vacate or, in the alternative, amend the Court's Order entered on September 19, 2025, ECF 21 (the "Original Order"), and the record in this case, it is hereby

**ORDERED** that Defendants' emergency motion, ECF 23, is granted; and it is further

**ORDERED** that the Original Order, ECF 21, is vacated; and it is further

**ORDERED** that to the extent there remains a sufficient unobligated balance of funds made available to the account headed "Agency for Healthcare Research and Quality" pursuant to the Full-Year Continuing Appropriations and Extensions Act of 2025, Pub. L. No. 110-4, at 11:59 pm on September 30, 2025,[1] the Agency for Healthcare Research and Quality ("AHRQ") shall preserve and set aside $70,000,000 until the instant litigation is resolved so that meaningful relief may be available to the Plaintiffs should they prevail; and it is further

---

[1] Nothing in this Order shall be construed to prevent AHRQ from spending funds appropriated to it prior to the September 30, 2025 deadline for any legal purpose. This Order is expressly intended to only apply with respect to the specified amount of unobligated funds, if any, which remain on September 30, 2025, and which would otherwise expire.

**ORDERED** that while this litigation is pending, Defendants may continue to obligate the funds at issue through the award of grants under the grantmaking program at issue in this case.

Dated: <u>September 29, 2025</u>

_____/s/_____

Brendan A. Hurson
United States District Judge
