IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SOCIETY OF GENERAL INTERNAL MEDICINE, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., ET AL.,<br><br>    Defendants. | Case No.: 8:25-cv-02751-BAH |

# ORDER

Upon consideration of Defendants' unopposed Motion to Stay Proceedings in Light of Lapse of Appropriations (the "Motion"), it is, this 7th day of October 2025, by the United States District Court for the District of Maryland hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the above-captioned action is STAYED until Congress has restored appropriations to the Department of Justice; and it is further

ORDERED that Defendants shall notify the Court as soon as possible once Congress has restored appropriations to the Department of Justice; and it is further

ORDERED that all deadlines in effect as of October 1, 2025 are extended by the number of days commensurate with the lapse in appropriations to the Department of Justice.

/s/
_____
Brendan A. Hurson
United States District Judge