IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SOCIETY OF GENERAL INTERNAL MEDICINE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., ET AL., <br><br> Defendants. | Case No.: 8:25-cv-02751-BAH |

**DEFENDANTS' MOTION TO DISMISS**

Defendants, by and through undersigned counsel, hereby move to dismiss this case for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendants' arguments in support of this motion are fully set forth in the attached Memorandum of Law.

Dated: January 20, 2026

                                                  Respectfully submitted,

                                                  Kelly O. Hayes
                                                  United States Attorney

By:    */s/ Jessica Dillon*
          Jessica F.W. Dillon (Bar No. 19249)
          S. Nicole Nardone
          Assistant United States Attorney
          36 South Charles Street, 4th Floor
          Baltimore, Maryland 21201
          (410) 209-4892 (direct)
          (410) 962-2310 (fax)
          jessica.dillon@usdoj.gov
          nicole.nardone@usdoj.gov

          *Counsel for Defendants*