**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SOCIETY OF GENERAL INTERNAL
MEDICINE, ET AL.,

     Plaintiffs,

v.

ROBERT F. KENNEDY, JR., ET AL.,

     Defendants.

Case No.: 8:25-cv-02751-BAH

## <u>ORDER</u>

Upon consideration of Defendants' Motion to Dismiss (the "<u>Motion</u>") and all matters in support thereof and in opposition thereto, it is this this _____ day of _____, 2026, by the United States District Court for the District of Maryland, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE.**

_____
Brendan A. Hurson
United States District Judge